# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Luis Angel Morales-Vasquez,<br>(A 087 913 517)<br>*Defendant* | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 28, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Luis Angel Morales-Vasquez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about January 13, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 30, 2016

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 28, 2016, while following a lead, the Phoenix ICE Mobile Criminal Alien Arrest Team (MCAAT) arrested Luis Angel Morales-Vasquez on North Black Canyon Highway, in Phoenix, Arizona. MCAAT officers interviewed Morales-Vasquez on scene and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Morales-Vasquez was transported to the Phoenix ICE office for further investigation and processing. Morales-Vasquez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Luis Angel Morales-Vasquez to be a citizen of Mexico and a previously deported criminal alien. Morales-Vasquez was removed from the United States to Mexico through Nogales, Arizona, on or about January 13, 2010, pursuant to an order of removal issued by an immigration official. There is no

1

record of Morales-Vasquez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Morales-Vasquez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Luis Angel Morales-Vasquez was convicted of Solicitation to Commit Misconduct Involving Weapons, a felony offense, on December 21, 2009, in the Superior Court of Arizona, Maricopa County. Morales-Vasquez was sentenced to eighteen (18) months' probation. Morales-Vasquez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 28, 2016, Luis Angel Morales-Vasquez was advised of his constitutional rights. Morales-Vasquez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 28, 2016, Luis Angel Morales-Vasquez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about January 13, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 30th day of September, 2016.

_____
David K. Duncan,
United States Magistrate Judge